# United States Court of Appeals
## For the First Circuit

No. 02-1907

IN RE QUESTER STERLING-SUÁREZ,

Petitioner.

ERRATA

The opinion of this Court, issued on October 9, 2002, should be amended as follows.

On cover sheet page, replace counsel listing for the petitioner as noted below.

"<u>Juan F. Matos de Juan</u>, Assistant Public Defender, with whom <u>Joseph C. Laws, Jr.</u>, Public Defender, and <u>Patricia Garrity</u>, Esq., Research and Writing Specialist, were on brief for petitioner."